

**+1 (231) 613-3550**

Text Message • SMS
Sat, Mar 8 at 11:28 AM

Hi, thanks for requesting property info on our site. Just curious, are you actively searching for a property... or just browsing right now?-Emmersyn
--
Emmersyn Sheaks
City2Shore Real Estate

Reply STOP to unsubscribe.

Sun, Mar 9 at 4:52 PM

St0p

The sender is not in your contact list.
Report Junk

Case
1:25-cv-00321
Owens v. Port City
Associates Group et al

**Exhibit 2**