

Case 1:25-cv-00321
Owens v. Port City Associates Group et al

Exhibit 3