

**UNKNOWN**

# No Caller ID

| message | call | video | mail | pay |

---

**March 9, 2025**

7:45 PM **Incoming Call**
53 seconds


Favorites


Recents


Contacts


Keypad


Voicemail

Case
1:25-cv-00321
Owens v. Port City
Associates Group et al

**Exhibit
4**