

**TCPA subscribe register**

Bernice provided phone number ███████5526 and checked the TCPA Consent Checkbox on 1741450699.

Mar 08
11:18 am



**Contact opted into SMS messaging**

This lead has either replied to you via SMS text message or agreed to terms on your website to receive SMS messaging. Smart Campaign text actions and mass text messages can now be sent to this lead.

Mar 08
11:18 am

Case
1:25-cv-00321
Owens v. Port City
Associates Group et al

Exhibit
5