We ran him through our Forewarn App Sunday 3/9/25



Notice they have the same address.



Case 1:25-cv-00321
Owens v. Port City Associates Group et al

**Exhibit 6**