

Case 1:25-cv-00321 Owens v. Port City Associates Group et al

Exhibit 7




Try Searching by "Listing Address"

**Dashboard**

**Contacts**

**Listings**

**Deals**

**Vitals**

**Web & IDX**

**Marketing**

**LeadEngine**

---

Mar 08
11:18 am

**Custom Note**
Lead entered different phone number () when logging in.

---

Mar 08
11:18 am

**TCPA subscribe register**
Bernice provided phone number ██████526 and checked the TCPA Consent Checkbox on 1741450699.

---

Mar 08
11:18 am

**Contact opted into SMS messaging**
This lead has either replied to you via SMS text message or agreed to terms on your website to receive SMS messaging. Smart Campaign text actions and mass text messages can now be sent to this lead.

---

Mar 08
11:18 am

**Hashtag Added: #propertyBoost**

---

Mar 08
11:18 am

**Contact assigned to agent - Emmersyn Sheaks**

---

Mar 08
11:18 am

**No rule matched. Running Default.**
View Routing Info                                                                 View

---

Mar 08
11:18 am

**Custom Note**
Lead Created via PropertyBoost Ad - Visiting URL:
https://emmersynsheaks.city2shore.com/details/?mls=15&mlsid=25006296&addht=propertyBoost,pb4581stStreet&ppc=PropertyBoost

---

Mar 08
11:18 am

**Hashtag Added: #pb4581stStreet**

---

**Viewed 458 1 st Street, Manistee, MI**

Mar 08
11:18 am



🖥 1  💬 0

4

