STATE OF MICHIGAN
COUNTY OF CLINTON

AFFIDAVIT
OF
LOREN J. OWENS

**In Re: Owens v City2Shore Real estate Company Inc. et al.**

I, **Loren J. Owens**, being first duly sworn, state as follows:

1. I am a resident of Clinton County, Michigan.
2. I am the owner of the cell phone number ▆▆▆▆5526, and I have owned this phone number since **July 18, 2017**.
3. I do not know a person named **Bernice Crocker**.
4. I have never used the name **Bernice Crocker** at any time in any form.
5. Prior to receiving a text message on **March 8, 2025**, I had never heard of **City2Shore**.
6. I have not looked at any properties in **Northern Michigan** for the purpose of window shopping or purchasing a home.
7. I am not in the market to buy a home.
8. My cell phone number frequently receives **unwanted calls and text messages from telemarketers**, despite my repeated requests to stop such communications.
9. I have started actively enforcing my rights under the **Telephone Consumer Protection Act (TCPA)**.
10. I have previously filed litigation in **Owens v. Adroit et al**, after my phone was called **132 times in two days**.
11. **I do not consent** to receiving phone calls or text messages from **City2Shore**.
12. On **March 8, 2025, at 11:18 AM**, I will be able to prove that I was **not on any device to check a consent to call**.
13. I will also attempt to obtain video evidence from the **location I was at before and after the supposed time** of consent to further substantiate my claim.
14. I have instructed my attorney at Lighthouse Litigation PLLC to move forward with this case.
15. If sworn affiant, can testify competently to the facts set forth herein.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

**FURTHER AFFIANT SAYETH NOT.**

Dated: March 10, 2025          Signature: _/s/ Loren Owens_
                                          Loren J. Owens

Case 1:25-cv-00321
Owens v. Port City Associates Group et al

Exhibit 8