

## What are the permitted uses of FOREWARN?

Subscribers are permitted to use FOREWARN for purposes of helping them assess risks, maintain their physical safety, and protect and detect fraud in the conduct of their business. For more details about the permitted uses, please review the FOREWARN Subscriber Agreement you executed prior to first accessing FOREWARN, and the

FOREWARN Terms and Conditions.

We primarily expect Subscribers to use FOREWARN when they are contacted by an unknown real estate prospect, for help in determining whether the prospect:

1. Is who they say they are,

2. Presents a possible risk to their safety, or

3. Is a potential fraudster.

Case 1:25-cv-00321
Owens v. Port City Associates Group et al

Exhibit 9