

Subscribers may **not** use FOREWARN:

- To search friends, family members, other associates,
- To search celebrities or other public figures,
- To search themselves, other than for initial training purposes,
- To harass, intimidate, or otherwise harm any other person,
- For any illegal purpose,
- For any personal, family, or household purpose,
- For marketing purposes or lead generation, or
- To determine anyone's eligibility for credit, insurance, or employment, or for any other eligibility purpose permitted by the Fair Credit Reporting Act (FCRA) or similar state laws.

The above examples are not meant to be all-encompassing.  Any use case not specifically permitted by the FOREWARN Subscriber Agreement is prohibited.

Please note that FOREWARN monitors all search activity.  If a Subscriber uses FOREWARN for an impermissible use, FOREWARN will redress it and, as the situation requires, may suspend or terminate the Subscriber's access to FOREWARN.

Case
1:25-cv-00321
Owens v. Port City
Associates Group et al

Exhibit
10