

Case 1:25-cv-00321
Owens v. Port City
Associates Group et al

Exhibit 11