UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOREN JANE OWENS,

      Plaintiff,                                 Case No. 1:25–cv–00321–JMB–SJB

    v.                                             Hon. Jane M. Beckering

PORT CITY ASSOCIATES GROUP
CORPORATION, et al.,

      Defendants.
_____/

## **NOTICE REGARDING ASSIGNMENT OF CASE**

      NOTICE is hereby given that the above–captioned case was filed in this court on March 24, 2025 . The case has been assigned to Jane M. Beckering .

                                           CLERK OF COURT

Dated: March 24, 2025        By:   /s/ E. Doerr_____
                                             Deputy Clerk