# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**LOREN OWENS,**

    Plaintiff,

v

**Port City Associates Group Corporation**,
City2shore Real Estate Inc., Steve Frody,
Shelley Frody, Kellen Keck, Emmersyn Sheak,
and John Does 1-10

Case No. 1:25-CV-00321

Hon. Jane M. Beckering

Joshua S. Goodrich, J.D., LL.M. (P83197)
LIGHTHOUSE LITIGATION PLLC
5208 W. Saginaw Hwy 81142
Lansing, Michigan 48908
269.312.7435
jsgoodrich@lighthouse-litigation.com

*Attorneys for Plaintiff*

## PLAINTIFF'S *EX PARTE* MOTION AS TO DOES 1-10
## FOR LEAVE TO SERVE A THIRD-PARTY SUBPOENA
## PRIOR TO A RULE 26(F) CONFERENCE

Pursuant to Fed. R. Civ. P. 26(d)(1), Plaintiff Loren J. Owens ("Plaintiff"), and upon the attached Memorandum of Points and Authorities in support of this motion. Plaintiff respectfully moves for entry of an order granting her leave to serve third-party subpoena prior to a Rule 26(f) conference (the "Motion").

Dated: March 29, 2024                                    Respectfully submitted,
By:  /s/ Joshua S. Goodrich, J.D., LL.M.
Lighthouse Litigation PLLC
5208 W. Saginaw Hwy., 81142
Lansing, MI 48917
Email: jsgoodrich@lighthouse-litigation.com
269.312.7435

*Attorneys for Plaintiff, Loren J. Owens*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 29th day of March 2025, a copy of the foregoing PLAINTIFF'S *EX PARTE* MOTION AS TO DOES 1-10 FOR LEAVE TO SERVE A THIRD-PARTY SUBPOENA PRIOR TO A RULE 26(F) CONFERENCE was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

By:  /s/ Joshua S. Goodrich, J.D., LL.M.
JOSHUA S. GOODRICH, J.D., LL.M.