# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| LOREN OWENS, | Case No. 1:25-CV-00321 |
| Plaintiff, | Hon. Jane M. Beckering |
| v | **ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION AS TO DEFENDANT DOES 1-10 FOR LEAVE TO SERVE A THIRD-PARTY SUBPOENA PRIOR TO A RULE 26(F) CONFERENCE** |
| Port City Associates Group Corporation, City2shore Real Estate Inc., Steve Frody, Shelley Frody, Kellen Keck, Emmersyn Sheak, and John Does 1-10 | |
| Defendants. | |
| | Joshua S. Goodrich, J.D., LL.M. (P83197) |
| | LIGHTHOUSE LITIGATION PLLC |
| | 5208 W. Saginaw Hwy 81142 |
| | Lansing, Michigan 48908 |
| | 269.312.7435 |
| | jsgoodrich@lighthouse-litigation.com |
| | *Attorneys for Plaintiff* |

**ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION
AS TO DEFENDANT DOES 1-10
FOR LEAVE TO SERVE A THIRD-PARTY SUBPOENA
PRIOR TO A RULE 26(F) CONFERENCE**

Having considered Plaintiff's *Ex Parte* Motion as to Does 1-133 for Leave to Serve A Third-Party Subpoenas Prior to a Rule 26(F) Conference, after the briefing and review of the entire record herein, the Court grants Plaintiff's motion. For the foregoing reason,

**IT IS HERBY ORDERED** that:

1. Plaintiff's motion is granted.

2. Plaintiff shall attach a copy of this Order to the subpoena it issues to InsideRE, LLC, operating under the legal name of BoldTrail ("BoldTrail").

3. Plaintiff established "good cause" to serve one third-party subpoena on BoldTrail, to ascertain the following information:

    a. names,

    b. physical addresses,

    c. mailing addresses,

    d. email addresses, and

    e. phone numbers

    f. IP Address of Lead Generation

    g. Any Cookie or digital tracking information of (browser type, location, ISP provider, etc) that would enable Plaintiff to track John Doe(s).

    of Defendant Does 1 - 10 for the purpose of serving the summons and complaint in this case. The relevant phone calls to Plaintiff are listed in Exhibit 1 of Plaintiff's Complaint (PageID.45-47).

4. Plaintiff may serve BoldTrail with the subpoena (Fed. R. Civ. P. 45) attached as Exhibit 1 to this Order, which includes the telephone numbers described at issue

5. Nothing in this Order precludes BoldTrail or John Doe(s) from challenging the subpoena consistent with the Federal Rules of Civil Procedure and this Court's local rules.

6. BoldTrail shall confer, if necessary, with respect to the issues of payment for the requested information in the subpoena.

7. If BoldTrail elects to charge for the cost of production, it shall provide a receipt for the amount paid and a summary of charges billed.

8. Plaintiff may only use the information disclosed in response to this Rule 45 subpoena to the BoldTrail for the purposes of protecting and enforcing Plaintiff's rights as set forth in her complaint.

9. No other discovery is authorized by this Order.

**SO ORDERED.**

**Dated:**_____  _____
**HON. Jane M. Beckering**
**United States District Judge**

STIPULATED AS TO FORM

 /s/ Joshua S. Goodrich, J.D., LL.M.
Lighthouse Litigation PLLC
5208 W. Saginaw Hwy., 81142
Lansing, MI 48917
Email: jsgoodrich@lighthouse-litigation.com
269.312.7435
*Attorneys for Plaintiff, Loren J. Owens*

3