UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOREN JANE OWENS,

        Plaintiff,                    Case No. 1:25–cv–00321–JMB–SJB

v.                                      Hon. Jane M. Beckering

PORT CITY ASSOCIATES GROUP
CORPORATION, et al.,

        Defendants.
_____/

**ORDER**

      Pending before the Court is Plaintiff and Defendants Port City Associates Group, City2Shore Real Estate, Inc., Steve Frody, Shelley Frody, and Kellen Keck's Stipulation to Extend Responsive Pleading Deadline (ECF No. 12). The Court having reviewed the filing: IT IS HEREBY ORDERED that the Stipulation to Extend Responsive Pleading Deadline (ECF No. 12) is GRANTED; the time for Defendants Port City Associates Group, City2Shore Real Estate, Inc., Steve Frody, Shelley Frody, and Kellen Keck to file their responsive pleading to Plaintiff's Complaint is extended to May 5, 2025.

    IT IS SO ORDERED.

Dated:  April 11, 2025                                                /s/ Jane M. Beckering
                                                                            JANE M. BECKERING
                                                                            United States District Judge