# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---

LOREN JANE OWENS,

    Plaintiff,

v.                                                                  Case No. 1:25-cv-00321-JMB-SJB

PORT CITY ASSOCIATES GROUP                   Hon. Jane M. Beckering
CORPORATION, CITY2SHORE REAL
ESTATE INC., STEVE FRODY,                          Mag. Judge Sally J. Berens
SHELLEY FRODY, KELLEN KECK,
and EMMERSYN SHEAK,

    Defendants.

---

| | |
|---|---|
| Joshua S. Goodrich (P83197) | Neil J. Marchand (P73118) |
| LIGHTHOUSE LITIGATION, PLLC | Robert M. Harding (P86509) |
| *Attorneys for Plaintiff* | MILLER JOHNSON |
| 5208 W. Saginaw Hwy, 81142 | *Attorneys for Defendants Port City Associates Group, City2Shore Real Estate Inc., Steve Frody, Shelley Frody & Kellen Keck* |
| Lansing, MI  48908 | 45 Ottawa Ave SW, Suite 1100 |
| (269) 312-7435 | Grand Rapids, MI  49503 |
| jsgoodrich@lighthouse-litigation.com | (616) 831-1700 |
| | marchandn@millerjohnson.com |
| | hardingr@millerjohnson.com |
| | Brace E. Kern (P75695) |
| | BEK LAW, PLC |
| | *Attorney for Defendant Emmersyn Sheaks* |
| | 3434 Veterans Drive |
| | Traverse City, MI 49684 |
| | (231) 499-5380 |
| | info@bracekern.com |

**STIPULATION TO SERVE SUBPOENA ON AT&T MOBILITY, LLC**

Plaintiff, Loren Jane Owens, and Defendants Port City Associates Group, City2Shore Real Estate, Inc., Steve Frody, Shelley Frody, Kellen Keck, and Emmersyn Sheaks (collectively "Defendants"), having met and conferred regarding this litigation on April 22, 2025, hereby stipulate and agree, that in order to facilitate a resolution of this litigation with respect to Defendants, and further facilitate the identification and service of process on Doe Defendants in this action, Defendants may serve the subpoena, attached as **Exhibit 1**, on AT&T Mobility, LLC, prior to a Rule 26(f) conference in this matter.

By:   /s/  Joshua S. Goodrich
    Joshua S. Goodrich (P83197)
    LIGHTHOUSE LITIGATION, PLLC
    *Attorneys for Plaintiff*
    5208 W. Saginaw Hwy, 81142
    Lansing, MI  48908
    (269) 312-7435
    jsgoodrich@lighthouse-litigation.com

Dated:  May 14, 2025

By:   /s/ Robert M. Harding
    Neil J. Marchand (P73118)
    Robert M. Harding (P86509)
    MILLER JOHNSON
    *Attorneys for Defendants Port City Associates Group, City2Shore Real Estate Inc., Steve Frody, Shelley Frody & Kellen Keck*
    45 Ottawa Ave SW, Suite 1100
    Grand Rapids, MI  49503
    (616) 831-1700
    marchandn@millerjohnson.com
    hardingr@millerjohnson.com

Dated:  May 14, 2025

By:    /s/ Brace E. Kern           
Brace E. Kern (P75695)
BEK LAW, PLC
*Attorney for Defendant Emmersyn Sheaks*
3434 Veterans Drive
Traverse City, MI 49684
(231) 499-5380
info@bracekern.com

Dated:  May 14, 2025

### CERTIFICATE OF SERVICE

I CERTIFY that on May 14, 2025, a true and accurate copy of the foregoing *Stipulation to Serve Subpoena on AT&T Mobility, LLC* was filed electronically via the Court's CM/ECF filing system and thereby served on all counsel of record.

Date: May 14, 2025           /s/ Robert M. Harding       
Neil J. Marchand (P73118)
Robert M. Harding (P86509)
MILLER JOHNSON
*Attorneys for Defendants Port City Associates Group, City2Shore Real Estate Inc., Steve Frody, Shelley Frody & Kellen Keck*
45 Ottawa Ave SW, Suite 1100
Grand Rapids, MI  49503
(616) 831-1700
marchandn@millerjohnson.com
hardingr@millerjohnson.com

3