# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

LOREN JANE OWENS,

    Plaintiff,

v.

PORT CITY ASSOCIATES GROUP
CORPORATION, CITY2SHORE REAL
ESTATE INC., STEVE FRODY,
SHELLEY FRODY, KELLEN KECK,
and EMMERSYN SHEAK,

    Defendants.

Case No. 1:25-cv-00321-JMB-SJB

Hon. Jane M. Beckering

Mag. Judge Sally J. Berens

| | |
|---|---|
| Joshua S. Goodrich (P83197)<br>LIGHTHOUSE LITIGATION, PLLC<br>*Attorneys for Plaintiff*<br>5208 W. Saginaw Hwy, 81142<br>Lansing, MI  48908<br>(269) 312-7435<br>jsgoodrich@lighthouse-litigation.com | Neil J. Marchand (P73118)<br>Robert M. Harding (P86509)<br>MILLER JOHNSON<br>*Attorneys for Defendants Port City Associates Group, City2Shore Real Estate Inc., Steve Frody, Shelley Frody & Kellen Keck*<br>45 Ottawa Ave SW, Suite 1100<br>Grand Rapids, MI  49503<br>(616) 831-1700<br>marchandn@millerjohnson.com<br>hardingr@millerjohnson.com |
| | Brace E. Kern (P75695)<br>BEK LAW, PLC<br>*Attorney for Defendant Emmersyn Sheaks*<br>3434 Veterans Drive<br>Traverse City, MI  49684<br>(231) 499-5380<br>info@bracekern.com |

## **ORDER**

The Parties, having stipulated to allow Defendants to serve the subpoena attached as Exhibit A to the Parties' stipulation (the "Subpoena") on AT&T Mobility, LLC prior to a Rule 26(f) conference in this matter,

IT IS HEREBY ORDERED that Defendants may serve the Subpoena on AT&T Mobility, LLC for the purpose of identifying, and effecting service of process on, the Doe Defendants in this action.

Dated:  May ___, 2025                                       _____
                                                            Hon. Sally J. Berens

MJ_DMS 39162229v1 61143-1