UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

LOREN JANE OWENS,

        Plaintiff,

v.

PORT CITY ASSOCIATES GROUP
CORPORATION, et al.,

        Defendants.

Case No. 1:25−cv−00321−JMB−SJB

Hon. Jane M. Beckering

___

<table>
<tr>
<td>

Joshua S. Goodrich (P83197)
LIGHTHOUSE LITIGATION, PLLC
*Attorneys for Plaintiff*
5208 W. Saginaw Hwy, 81142
Lansing, MI 48908
(269) 312-7435
jsgoodrich@lighthouse-litigation.com

</td>
<td>

Brace E. Kern (P75695)
BEK Law, PLC
*Attorney for Defendant Sheaks*
3434 Veterans Drive
Traverse City, MI 49684
231-499-5380
info@bracekern.com

Neil J. Marchand (P73118)
Robert M. Harding (P86509)
MILLER JOHNSON
*Attorneys for Defendants Port City
Associates Group, City2Shore Real Estate
Inc., Steve Frody, Shelley Frody & Kellen
Keck*
45 Ottawa Ave SW, Suite 1100
Grand Rapids, MI 49503
(616) 831-1700
marchandn@millerjohnson.com
hardingr@millerjohnson.com

</td>
</tr>
</table>

___

## PROOF OF MAILING OF DEFENDANT SHEAKS' VFM ASSESSMENT

On July 29, 2025, Defendant Sheaks' ½ share, in the amount of $12.50, of the Defendants'

Voluntary Facilitative Mediation Fee of $25 was placed into an envelope addressed to the WDMI

Clerk of the Court at 399 Federal Building, 110 Michigan St, NW, Grand Rapids, MI 49503, which

envelope was then stamped with proper postage and provided to the USPS for delivery.

I declare that the above statement is true.

By:    _____

Brace Kern