**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LOREN JANE OWENS,

        Plaintiff,

v.

PORT CITY ASSOCIATES GROUP
CORPORATION, CITY2SHORE REAL
ESTATE INC., STEVE FRODY,
SHELLEY FRODY, KELLEN KECK, and
EMMERSYN SHEAK,

        Defendants.

Case No. 1:25-cv-00321-JMB-SJB

Hon. Jane M. Beckering

Mag. Judge Sally J. Berens

| | |
|---|---|
| Joshua S. Goodrich (P83197)<br>LIGHTHOUSE LITIGATION, PLLC<br>*Attorneys for Plaintiff*<br>5208 W. Saginaw Hwy, 81142<br>Lansing, MI  48908<br>(269) 312-7435<br>jsgoodrich@lighthouse-litigation.com | Neil J. Marchand (P73118)<br>Robert M. Harding (P86509)<br>MILLER JOHNSON<br>*Attorneys for Defendants Port City Associates Group, City2Shore Real Estate Inc., Steve Frody, Shelley Frody & Kellen Keck*<br>45 Ottawa Ave SW, Suite 1100<br>Grand Rapids, MI  49503<br>(616) 831-1700<br>marchandn@millerjohnson.com<br>hardingr@millerjohnson.com<br><br>Brace E. Kern (P75695)<br>BEK LAW, PLC<br>*Attorney for Defendant Emmersyn Sheaks*<br>3434 Veterans Drive<br>Traverse City, MI 49684<br>(231) 499-5380<br>info@bracekern.com |

## **MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANTS**

Neil J. Marchand and Robert M. Harding of Miller Johnson, as counsel for Defendants Port City Associates Group, City2Shore Real Estate Inc., Steve Frody, Shelley Frody, and Kellen Keck (collectively, "Defendants"), and for their Motion to Withdraw as Attorney of Record for Defendants, state:

1. This motion is brought pursuant to W.D. Mich. LGenR 2.5, which states that withdrawal of an appearance may only be accomplished by leave of the court.

2. Neil J. Marchand and Robert M. Harding previously entered appearances on behalf of Port City Associates Group, City2Shore Real Estate Inc., Steve Frody, Shelley Frody, and Kellen Keck in this action.

3. Miller Johnson's retainer agreement with Defendants requires payment of fees as due and other requirements regarding management of and communication concerning the captioned litigation.

4. The attorney-client relationship in this matter has broken down in these aspects.

5. Defendants have been informed of all upcoming deadlines in the pending litigation, to wit: this Court's July 11, 2025 Case Management Order and the September 5, 2025 initial disclosure deadline. Upon withdrawal, Miller Johnson will comply with all requirements of MRPC 1.16(d).

6. Miller Johnson requests a stay of the litigation for 30 days so that Defendants have adequate time to secure alternate counsel, if appropriate.

7. As required by W.D. Micih. LCivR 7.1(d), undersigned counsel has sought and obtained concurrence to this motion from all other parties. Thus, this motion is unopposed.

WHEREFORE, Miller Johnson respectfully requests that this Court enter an Order allowing Miller Johnson, Neil J. Marchand, and Robert M. Harding to withdraw as counsel for Defendants. A proposed order is attached as **Exhibit 1**.

MILLER JOHNSON

Date: August 25, 2025    By:    */s/ Neil J. Marchand*
Neil J. Marchand (P73118)
Robert M. Harding (P86509)
MILLER JOHNSON

*Attorneys for Defendants Port City Associates Group, City2Shore Real Estate Inc., Steve Frody, Shelley Frody & Kellen Keck*
45 Ottawa Ave SW, Suite 1100
Grand Rapids, MI  49503
(616) 831-1700
marchandn@millerjohnson.com
hardingr@millerjohnson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 25, 2025, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.

Date:  August 25, 2025                                    */s/ Neil J. Marchand*

# EXHIBIT 1

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

---

LOREN JANE OWENS,

    Plaintiff,

v.                                          Case No. 1:25-cv-00321-JMB-SJB

PORT CITY ASSOCIATES GROUP         Hon. Jane M. Beckering
CORPORATION, CITY2SHORE REAL
ESTATE INC., STEVE FRODY,               Mag. Judge Sally J. Berens
SHELLEY FRODY, KELLEN KECK,
and EMMERSYN SHEAK,

    Defendants.

---

| | |
|---|---|
| Joshua S. Goodrich (P83197)<br>LIGHTHOUSE LITIGATION, PLLC<br>*Attorneys for Plaintiff*<br>5208 W. Saginaw Hwy, 81142<br>Lansing, MI  48908<br>(269) 312-7435<br>jsgoodrich@lighthouse-litigation.com | Neil J. Marchand (P73118)<br>Robert M. Harding (P86509)<br>MILLER JOHNSON<br>*Attorneys for Defendants Port City Associates Group, City2Shore Real Estate Inc., Steve Frody, Shelley Frody & Kellen Keck*<br>45 Ottawa Ave SW, Suite 1100<br>Grand Rapids, MI  49503<br>(616) 831-1700<br>marchandn@millerjohnson.com<br>hardingr@millerjohnson.com |
| | Brace E. Kern (P75695)<br>BEK LAW, PLC<br>*Attorney for Defendant Emmersyn Sheaks*<br>3434 Veterans Drive<br>Traverse City, MI  49684<br>(231) 499-5380<br>info@bracekern.com |

---

### **ORDER GRANTING MOTION TO WITHDRAWAL**

    Having reviewed the Motion to Withdraw as Counsel of Record for Defendants Port City Associates Group, City2Shore Real Estate Inc., Steve Frody, Shelley Frody, and Kellen Keck, and being otherwise fully advised in the premises:

6

IT IS HEREBY ORDERED that Defendants' Motion to Withdraw as Attorneys for Defendants Port City Associates Group, City2Shore Real Estate Inc., Steve Frody, Shelley Frody, and Kellen Keck is GRANTED.

IT IS FURTHER ORDERED that this case shall be stayed for thirty (30) days to allow Defendants Port City Associates Group, City2Shore Real Estate Inc., Steve Frody, Shelley Frody, and Kellen Keck to retain new counsel.

IT IS SO ORDERED.

Dated: August ___, 2025

                                      Hon. Jane M. Beckering

MJ_ND 4918-5658-5314v1