**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

LOREN JANE OWENS,

      Plaintiff,

v.                                                          Case No. 1:25-cv-00321-JMB-SJB

PORT CITY ASSOCIATES GROUP                 Hon. Jane M. Beckering
CORPORATION, CITY2SHORE REAL
ESTATE INC., STEVE FRODY,                      Mag. Judge Sally J. Berens
SHELLEY FRODY, KELLEN KECK, and
EMMERSYN SHEAK,

      Defendants.

| | |
|---|---|
| Joshua S. Goodrich (P83197) | Neil J. Marchand (P73118) |
| LIGHTHOUSE LITIGATION, PLLC | Robert M. Harding (P86509) |
| *Attorneys for Plaintiff* | MILLER JOHNSON |
| 5208 W. Saginaw Hwy, 81142 | *Attorneys for Defendants Port City Associates* |
| Lansing, MI  48908 | *Group, City2Shore Real Estate Inc., Steve* |
| (269) 312-7435 | *Frody, Shelley Frody & Kellen Keck* |
| jsgoodrich@lighthouse-litigation.com | 45 Ottawa Ave SW, Suite 1100 |
| | Grand Rapids, MI  49503 |
| | (616) 831-1700 |
| | marchandn@millerjohnson.com |
| | hardingr@millerjohnson.com |
| | |
| | Brace E. Kern (P75695) |
| | BEK LAW, PLC |
| | *Attorney for Defendant Emmersyn Sheaks* |
| | 3434 Veterans Drive |
| | Traverse City, MI 49684 |
| | (231) 499-5380 |
| | info@bracekern.com |

**Certificate of Service**

    Neil J. Marchand certifies that on August 26, 2025 he emailed the individuals and entities

below a copy of the Court's *Order* (ECF 42), which was entered by the Court on August 26, 2025.

Neil J. Marchand further certifies that on August 27, 2025, he directed Patricia A. Emerson to

serve the *Order* (ECF 42) entered by the Court on August 26, 2025 via US Mail to:

City2Shore Real Estate, Inc.
c/o Shelly Frody
6501 Balsam Dr.
Hudsonville, MI  49426
Phone:  616.262.3947
shelleyfrody@city2shore.com

Steve Frody
6501 Balsam Dr.
Hudsonville, MI  49426
Phone: 616.262.1485
stevefrody@city2shore.com

Kellen Keck
3158 Maplepond Drive
Hudsonville, MI  49426
616.648.2067
kellen.keck@city2shore.com

Port City Associates Group
c/o Kellen Keck
548 76th Street SW
Byson Center, MI  49312
Phone:  616.648.2067
kellen.keck@city2shore.com

Shelley Frody
6501 Balsam Dr.
Hudsonville, MI  49426
Phone:  616.262.3947
shelleyfrody@city2shore.com

MILLER JOHNSON

Date:  August 27, 2025

By:    */s/ Neil J. Marchand*
Neil J. Marchand (P73118)
Robert M. Harding (P86509)
MILLER JOHNSON
*Attorneys for Defendants Port City Associates
Group, City2Shore Real Estate Inc., Steve Frody,
Shelley Frody & Kellen Keck*
45 Ottawa Ave SW, Suite 1100
Grand Rapids, MI  49503
(616) 831-1700
marchandn@millerjohnson.com
hardingr@millerjohnson.com

MJ_ND 4905-2148-1571v1 61143-1