UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOREN JANE OWENS,

    Plaintiff,

v.

PORT CITY ASSOCIATES GROUP
CORPORATION, et al.,

    Defendants.
_____/

Case No. 1:25-cv-00321

Hon. Jane M. Beckering

## CLERK'S NOTICE OF JUDGMENT

In accordance with Defendants' Rule 68 Offers of Judgment and Plaintiff's Acceptance of Defendants' Rule 68 Offers of Judgment (ECF Nos. 47-51),

JUDGMENT is entered in favor of plaintiff Loren Jane Owens and against defendant Port City Associates Group Corporation, in the amount of $5,000.00, inclusive of all plaintiff's claims for relief, including costs, interest, and attorney fees.

JUDGMENT is also entered in favor of plaintiff Loren Jane Owens and against defendant City2shore Real Estate, Inc, in the amount of $1,000.00, inclusive of all plaintiff's claims for relief, including costs, interest, and attorney fees.

JUDGMENT is also entered in favor of plaintiff Loren Jane Owens and against defendant Shelley Frody, in the amount of $2,000.00, inclusive of all plaintiff's claims for relief, including costs, interest, and attorney fees.

JUDGMENT is also entered in favor of plaintiff Loren Jane Owens and against defendant Steve Frody, in the amount of $2,000.00, inclusive of all plaintiff's claims for relief, including costs, interest, and attorney fees.

JUDGMENT is also entered in favor of plaintiff Loren Jane Owens and against defendant Kellen Keck, in the amount of $2,000.00, inclusive of all plaintiff's claims for relief, including costs, interest, and attorney fees.

This judgment is not an admission that defendants, Port City Associates Group Corporation, City2shore Real Estate, Inc., Shelley Frody, Steve Frody, Kellen Keck, are liable in this action, or that plaintiff, Loren Jane Owens, has suffered any damage.

Dated: October 6, 2025                    /s/ E. Doerr
                                          Deputy Clerk


                                          ANN E. FILKINS
                                          Clerk of the Court