| STATE OF MICHIGAN | | GARNISHEE DISCLOSURE | CASE NUMBER and JUDGE |
|---|---|---|---|
| Western | JUDICIAL DISTRICT JUDICIAL CIRCUIT COUNTY | | 1:25-CV-00321-JMB-SJB<br><br>Hon. Jane M. Beckering |

| Court address | Court telephone number |
|---|---|
| 399 Federal Bldg. 110 Michigan St. NW, Grand Rapids, MI 49503 | 6164562381 |

| Plaintiff's name, address, and telephone number (judgment creditor) | | Defendant's name, address, and telephone number (judgment debtor) |
|---|---|---|
| Loren J. Owens<br>PO Box 81142<br>Lansing, MI 48908 | v | Port City Associates Group<br>3158 Maple Pond Drive<br>Hudsonville, MI 49426 |

| Plaintiff's attorney, bar number, address, and telephone number | Garnishee name and address |
|---|---|
| Joshua S. Goodrich, J.D., LL.M. (P83197)<br>5208 W Saginaw Hwy, 81142<br>Lansing, MI 48917<br>269-312-7435 | Baar & Lichterman, PLLC<br>3140 Red Mill Ave SW<br>Grandville, MI 49418 |

**SEE INSTRUCTIONS**

1. This disclosure is for a writ of garnishment issued on __10/14/2025__ and received by garnishee on __10/20/2025__.

    ☒ a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on __10/20/2025__.

    ☐ b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.

    ☐ c. The garnishee will not withhold payments under the writ of garnishment. The writ of garnishment was served after the deadline date for service and the writ is invalid.

2. At the time of service of the writ:

    **Nonperiodic Garnishments**

    ☒ a. The garnishee is not indebted to the defendant for any amount and does not possess or control the defendant's property, money, etc. Reason: _____

    ☐ b. The garnishee is indebted to the defendant for nonperiodic payments as follows:

    _____    _____
    Description of property, money, negotiable instruments, etc. under garnishee's control    Type of account, if applicable

    The amount to be withheld is $ _____ and does not exceed the amount stated in item 2 of the writ.

    ☐ c. Withholding is exempt because _____.
    State the exemption and legal authority

    **Periodic Garnishments**

    ☐ d. The garnishee is not obligated to pay the defendant during the period of the writ.

    Reason:  ☐ not employed.    ☐ other _____

Approved, SCAO
Form MC 14, Rev. 9/23
15 USC 1672, 15 USC 1673, MCR 3.101
Page 1 of 5

Distribute form to:
Court
Plaintiff
Garnishee
Defendant

SRA

**Garnishee Disclosure** (9/23)
Page 2 of 5

Case Number 1:25-CV-00321-JMB-SJB

2. (continued)

☐ e. The garnishee is obligated to pay the defendant during the period of the writ.

Payments are for ☐ earnings. ☐ nonearnings _____.
Specify nature of payment (see instructions on next page)

Payments are made ☐ weekly. ☐ biweekly. ☐ semimonthly. ☐ monthly. ☐ other: _____
frequency of payment

A higher priority writ/order ☐ is ☐ is not currently in effect. If a higher priority writ/order is in effect, complete the following.

_____   _____   _____   _____
Name of court that issued higher priority writ/order     Case number          Date issued           Date served

Withholding under this writ

☐ will begin immediately if sufficient funds are available.

☐ will not begin immediately because defendant is ☐ laid off. ☐ sick. ☐ on leave. ☐ other: _____.
specify

I declare under the penalties of perjury that this disclosure has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

10/20/2025
Date

_Joel Bram_ (P56796)
Garnishee/Agent/Attorney signature

### CERTIFICATE OF MAILING

**I certify that:**

on ___10/20/2025___ I mailed or personally delivered the original of this disclosure to the court, via ECF

on ___10/20/2025___ I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney, via ECF

on ___10/20/2025___ I mailed or personally delivered a copy of this disclosure to the defendant.

I declare under the penalties of perjury that this certificate of mailing has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

10/20/2025
Date

_Joel Bram_ (P56796)
Garnishee/Agent/Attorney signature

**DO NOT Include Your Payment With This Disclosure. See item 3 of** _How to Fill Out Garnishee Disclosure Form._